IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MAREMONT CORPORATION,<br><br>      Plaintiff,<br><br>v.<br><br>ACE PROPERTY & CASUALTY INSURANCE COMPANY (as successor in interest to Aetna Insurance Co.); AIU INSURANCE COMPANY; FEDERAL INSURANCE COMPANY; GREAT NORTHERN INSURANCE COMPANY; ST. PAUL MERCURY INSURANCE COMPANY; and ZURICH INSURANCE COMPANY,<br><br>      Defendants. | :<br>:<br>:<br>:<br>:<br>:    C.A. No. 12-1379 UNA<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

**FEDERAL INSURANCE COMPANY'S AND GREAT NORTHERN INSURANCE COMPANY'S *AMENDED*[1] NOTICE OF REMOVAL OF CIVIL ACTION**

**TO:  CLERK, UNITED STATES DISTRICT COURT
    FOR THE DISTRICT OF DELAWARE**

PLEASE TAKE NOTICE that defendants, Federal Insurance Company ("Federal") and Great Northern Insurance Company ("Great Northern"), through their undersigned attorneys, Cozen O'Connor, petitions this Court for removal of the above-captioned action from the Superior Court of the State of Delaware in and for New Castle County pursuant to 28 U.S.C. §§ 1332, 1441 and 1446, without waiver of any defenses, procedural or substantive. As the basis for such removal, Defendants respectfully state:

1.  On October 8, 2012, Plaintiff filed a Complaint against the above-captioned defendants in the Superior Court of the State of Delaware in and for New Castle County, Civil Action No. N12C-10-068 JRJ (CCLD). A copy of the docket and all pleadings filed in the action

---

[1] Amendment appears in *italics* at ¶ 9.

to date, are attached as Exhibit "A," as required by 28 U.S.C. § 1446(a). Service of the Complaint upon Federal and Great Northern was acknowledged on October 11, 2012.

2. Plaintiff, Maremont Corporation, is a corporation organized under the laws of the State of Delaware, with its principal place of business in Troy, Michigan. ¶ 3 of Complaint.

3. Defendant, ACE Property & Casualty Insurance Company, is an insurance company organized under the laws of the Commonwealth of Pennsylvania, with its principal place of business in Philadelphia, Pennsylvania. ¶ 4 of Complaint.

4. Defendant, AIU Insurance Company, is an insurance company organized under the laws of the State of New York, with its principal place of business in New York, New York. ¶ 5 of Complaint.

5. Defendant, Federal Insurance Company, is an insurance company organized under the laws of the State of Indiana, with its principal place of business in New Jersey. ¶ 6 of Complaint.

6. Defendant, Great Northern Insurance Company, is an insurance company organized under the laws of the State of Indiana, with its principal place of business in New Jersey. ¶ 7 of Complaint.

7. Defendant, St. Paul Mercury Insurance Company, is an insurance company organized under the laws of the State of Connecticut, with its principal place of business in Hartford, Connecticut. ¶ 8 of Complaint.

8. *Defendant, Zurich Insurance Company, is an insurance company organized under the laws of Switzerland, with its principal place of business in Zurich, Switzerland. ¶ 9 of Complaint.*

9. The Plaintiff seeks insurance coverage for thousands of asbestos claims under policies with limits in excess of $50 million and by filing this matter in the Superior Court of the State of Delaware, in and for New Castle County, Complex Civil Litigation Division, the Plaintiff has asserted that the amount in controversy is $1 million or more.

10. The United States District Court for the District of Delaware has original jurisdiction over this case where the parties' citizenship is diverse, and the amount in controversy exceeds $75,000.00 exclusive of interests and costs. 28 U.S.C. § 1332(a).

11. The remaining defendants, ACE Property & Casualty Insurance Company, AIU Insurance Company, St. Paul Mercury Insurance Company, and Zurich Insurance Company consent to the Notice of Removal.

12. Accordingly, the New Castle County action is one over which this court has original jurisdiction under the provisions of 28 U.S.C. § 1332, and is one which may be removed under 28 U.S.C. § 1441(a) for the reason that it is a civil action in which the amount in controversy exceeds the sum of $75,000.00 exclusive of interest and costs, and is between citizens of different states.

13. This Notice of Removal is filed with the United States District Court for the District of Delaware, within thirty (30) days of Federal's and Great Northern's receipt of the Complaint setting forth the claim for relief upon which said action is based.

14. Written notice of the filing of this Notice and Removal will be given to all parties, and a true and correct copy will be filed with the Clerk of the Court of the Superior Court of the State of Delaware in and for New Castle County pursuant to 28 U.S.C. § 1446(d).

WHEREFORE, Defendants pray that this Notice of Removal be filed and said action to be removed to proceed in this Court and that no further proceedings be had in the Superior Court of the State of Delaware in and for New Castle County.

Dated: November 2, 2012

                                                     Joseph J. Bellew (#4816)
Cozen O'Connor
1201 North Market Street, Suite 1001
Wilmington, DE 19801
Telephone: (302) 295-2000
Facsimile: (302) 295-2013
Email: jbellew@cozen.com
*Attorney for Defendants, Federal Insurance Company and Great Northern Insurance Company*