# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MAREMONT CORPORATION, | ) |
| Plaintiff, | ) ) ) |
| v. | ) C.A. No. 1:12-cv-01379-RGA |
| ACE PROPERTY & CASUALTY INSURANCE COMPANY, et al., | ) ) ) |
| Defendants. | ) ) ) |

## STIPULATION AND ORDER OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Maremont Corporation ("Maremont") and Defendant AIU Insurance Company ("AIU"), that all claims against AIU in the above-captioned lawsuit shall be dismissed WITHOUT PREJUDICE pursuant to Federal Rule of Civil Procedure 41(a)(2), with each party to bear its own costs and attorneys' fees.

POTTER ANDERSON & CORROON LLP

By: /s/ Jennifer C. Wasson
    Jennifer C. Wasson (#4933)
    Michael B. Rush (# 5061)
    1313 N. Market Street
    Wilmington, DE 19801
    (302) 984-6000 (Telephone)
    jwasson@potteranderson.com
    mrush@potteranderson.com

    John E. Heintz (PHV)
    Jason D. Wallach (PHV)
    Dickstein Shapiro LLP
    1825 Eye Street, NW
    Washington, DC 20006
    (202) 420-5373 (Telephone)
    heintzj@dicksteinshapiro.com
    wallachj@dicksteinshapiro.com

*Attorneys for Plaintiff Maremont Corporation*

YOUNG CONAWAY STARGATT & TAYLOR LLP

By: /s/ Jennifer M. Kinkus
    Timothy J. Houseal (#2880)
    Jennifer M. Kinkus (#4289)
    Rodney Square
    1000 King Street
    Wilmington, Delaware 19801
    (302) 571-6682 (Telephone)
    (302) 576-3300 (Facsimile)
    thouseal@ycst.com
    jkinkus@ycst.com

*Attorneys for Defendant AIU Insurance Company*

Dated: January 15, 2016
1214215 / 39502

SO ORDERED this 19 day of January, 2016.

_____
The Honorable Richard G. Andrews